AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)    Case No.   **2:20-mj-288**<br>)<br>)<br>) |
| LEATHA INEZ SAVAGE<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 17, 2020 _____ in the county of _____ Franklin _____ in the

___ Southern ___ District of ___ Ohio ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii)<br>18 U.S.C. 2 | knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____ TFO CHRISTOPHER L. ELLISON, DEA _____
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: ___ April 17, 2020 ___

City and state: _____ COLUMBUS, OHIO _____

_____
Kimberly A. Jolson
United States Magistrate Judge