IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:20-mj-288 |
| Plaintiff, | : | |
| v. | : | |
| LEATHA INEZ SAVAGE, | : | MOTION TO SEAL SUPPORTING AFFIDAVIT TO CRIMINAL COMPLAINT |
| Defendant. | : | |

---

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for a protective order sealing the Supporting Affidavit to Criminal Complaint as directed by this Court.

In support of this Motion, the United States Attorney states:

1. That there is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Supporting Affidavit at this time.

2. That the disclosure of certain information and statements contained in said documents would hamper an ongoing criminal investigation and/or the safety of officers.

WHEREFORE, the United States of America respectfully requests that the Supporting Affidavit to Criminal Complaint be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Sheila.Lafferty@usdoj.gov